1  Taylor Tieman (SBN 305269)
   ttieman@consumerlawcenter.com
2  Krohn & Moss, Ltd.
   200 Pier Ave, Suite 126
3  Hermosa Beach, CA 90254
   Tel: (323) 988-2400 x 254
4  Fax: (866) 861-1390

5  Attorney for Plaintiff, KENNETH FORNEY

6

7

8  **IN THE UNITED STATES DISTRICT COURT
   FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
9

10 | KENNETH FORNEY,            ) **Case No.: 3:19-cv-00120-DMS-RBM**
                               )
11 |     Plaintiff,             ) **NOTICE OF SETTLEMENT**
                               )
12 |     v.                     )
                               )
13 | CAPITAL ONE BANK (USA), N.A., )
                               )
14 |                            )
   |     Defendant.             )
15 |_____)

16

17     NOW COMES the Plaintiff, KENNETH FORNEY, by and through the

18 undersigned counsel and hereby informs the court that a settlement of the present

19 matter has been reached and is in the process of finalizing settlement, which

20 Plaintiff anticipates will be finalized within the next 60 days.

21     Plaintiff therefore requests that this honorable court vacate all dates

22 currently set on calendar for the present matter.

23

24

25

| | | |
|---|---|---|
| 1 | Dated: June 13, 2019 | RESPECTFULLY SUBMITTED, KROHN & MOSS, LTD. |
| | By: | /s/ Taylor M. Tieman |
| | | Taylor M. Tieman |
| | | Krohn & Moss, Ltd. |
| | | 200 Pier Ave, Suite 126 |
| | | Hermosa Beach, CA 90254 |
| | | Tel: (323) 988-2400 x 254 |
| | | Fax: (866) 861-1390 |
| | | ttieman@consumerlawcenter.com |
| | | Attorney for Plaintiff |

NOTICE OF SETTLEMENT

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2019, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. I further certify that on June 13, 2019 I served all counsel of record with a copy of this document by way of the CM/ECF system.

By: /s/ Taylor M. Tieman
Taylor M. Tieman