Taylor Tieman (SBN 305269)
ttieman@consumerlawcenter.com
Krohn & Moss, Ltd.
200 Pier Ave, Suite 126
Hermosa Beach, CA 90254
Tel: (323) 988-2400 x 254
Fax: (866) 861-1390

Attorney for Plaintiff, KENNETH FORNEY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH FORNEY, | Case No.: 3:19-cv-00120-DMS-RBM |
| Plaintiff, | **JOINT MOTION TO DISMISS WITH PREJUDICE** |
| v. | |
| CAPITAL ONE BANK (USA), N.A., | |
| Defendant. | |

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff KENNETH FORNEY ("Plaintiff"), and Defendant CAPITAL ONE BANK (USA), N.A. ("Capital One") (collectively, the "Parties"), by and through their respective counsel of record, respectfully request this Honorable Court to dismiss the entire action with prejudice, with each party to bear their own fees and costs

Dated: August 12, 2019         RESPECTFULLY SUBMITTED,
                               KROHN & MOSS, LTD.

                    By:   /s/ Taylor M. Tieman
                          Taylor M. Tieman
                          Krohn & Moss, Ltd.
                          200 Pier Ave, Suite 126

Hermosa Beach, CA 90254
Tel: (323) 988-2400 x 254
Fax: (866) 861-1390
ttieman@consumerlawcenter.com
Attorney for Plaintiff

Dated: August 12, 2019                    RESPECTFULLY SUBMITTED,
                                          BALLARD SPAHR LLP

By:     /s/ Stacy H. Rubin
        Stacy H. Rubin
        Ballard Spahr LLP
        1980 Festival Plaza Drive, Suite 900
        Las Vegas, NV 89135
        Tel: (702) 471-7000
        Fax: (702) 471-7070
        rubins@ballardspahr.com
        Attorneys for Defendant

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Stacy H. Rubin, counsel for Defendant, and that I have obtained Ms. Rubin's authorization to affix her electronic signature to this document.

Dated: April 22, 2019        KROHN & MOSS, LTD.

By:     /s/ Taylor M. Tieman
        Taylor M. Tieman
        Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2019, I electronically filed the foregoing Notice of Change of Address with the Clerk of the Court by using the CM/ECF System. I further certify that on August 12, 2019 I served all counsel of record with a copy of this document by way of the CM/ECF system.

By:     /s/ Taylor M. Tieman
        Taylor M. Tieman

JOINT MOTION TO DISMISS WITH PREJUDICE