# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH FORNEY, | Case No.: 3:19-cv-00120-DMS-RBM |
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE** |
| v. | |
| CAPITAL ONE BANK (USA), N.A., | |
| Defendant. | |

    Plaintiff Kenneth Forney ("Plaintiff"), and Defendant Capital One Bank (USA), N.A. ("Capital One") (collectively, the "Parties"), having filed a Joint Motion to Dismiss With Prejudice, and the Court being otherwise sufficiently advised,

    IT IS HEREBY ORDERED that Plaintiff's claims against Capital One are DISMISSED with prejudice.  Each party shall bear their own costs and attorney's fees.

    IT IS SO ORDERED.

Dated:  August 12, 2019

                                             Hon. Dana M. Sabraw
                                             United States District Judge